```
_____ FILED _____ LODGED
           _____ RECEIVED
```

July 16, 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15- 5343 |
| Plaintiff, | |
| v. | INFORMATION |
| DINO C. SERQUINA, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about April 28, 2015, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DINO C. SERQUINA, did assault Divina J. Silva by striking, beating or wounding.

///

///

///

INFORMATION
United States v. DINO C. SERQUINA
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. § 113(a)(4).

DATED this __16__ day of __July_____, 2015.

ANNETTE L. HAYES
United States Attorney

*Leah D. Linger*

LEAH D. LINGER
Special Assistant United States Attorney

INFORMATION
United States v. DINO C. SERQUINA
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil